**FILED**

OCT 1 9 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  LUCAS VALLEY LAW
   MARK K. de LANGIS (SBN 190083)
2  2110 Elderberry Lane
   San Rafael, California 94903
3  Telephone: (415) 472-3892
   Facsimile: (415) 472-3977
4  mdelangis@lucasvalleylaw.com

5  Attorneys for Petitioners
   AMERICAN PRESIDENT LINES, LTD. and
6  APL CO. Pte., LTD.

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13
    In the Matter of the Arbitration between          No. C 05-02027 MHP
14
    AMERICAN PRESIDENT LINES, LTD., and
15  APL CO. Pte., LTD.                                NOTICE OF VOLUNTARY
                                                      DISMISSAL WITH PREJUDICE
16              Petitioners,
                                                      [F.R.C.P. 41(a)(1)]
17        v.

18
    CARROLL INTERNATIONAL TRANSPORT,
19  INC., a corporation,

20              Respondent.

21

22

23

24  ///
25

26

NOTICE OF VOLUNTARY DISMISSAL

1  NOTICE IS HEREBY GIVEN that pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1), plaintiffs American President Lines, Ltd. and APL Co. Pte., Ltd. voluntarily dismiss the above-captioned action with prejudice.

DATED: August 6, 2005

LUCAS VALLEY LAW

By: s/ _____
Mark K. de Langis
Attorneys for Plaintiffs
AMERICAN PRESIDENT LINES, LTD.
APL Co. Pte., Ltd.

10/18/05

IT IS SO ORDERED

U.S. DISTRICT JUDGE